UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Antonio DIAZ-Delgado<br><br>　　　　　　　Defendant. | Magistrate Case No. '08 MJ 2635<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

FILED 2008 AUG 27 AM 9:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

The undersigned complainant, being duly sworn, states:

On or about **July 2, 2008**, within the Southern District of California, defendant, **Antonio DIAZ-Delgado**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　_____
　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　Immigration Enforcement Agent
　　　　　　　Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27ᵗʰ DAY OF August 2008.

　　　　　　　_____
　　　　　　　UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On July 2, 2008, the San Diego Sheriff's Office arrested the defendant, **Antonio DIAZ-Delgado**, for violation of Health and Safety Code 11379, "TRANSPORT/ETC CONTROL SUBSTANCE". Subsequently, a Border Patrol Agent interviewed the defendant, and determined him to be a citizen and national of Mexico present in the United States without having lawfully entered. The agent placed a Form I-247 (Immigration Detainer) pending his release from custody.

On August 26, 2008, the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE) at San Diego, California. Immigration computer database records' checks identified him as a national of Mexico having been previously deported from the United States to Mexico. The defendant was most recently ordered deported from the United States by an Immigration Judge on or about October 30, 2003, and removed to Mexico. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed his identity as Antonio DIAZ-Delgado, a citizen and national of Mexico

The defendant was admonished as to his rights per Miranda. The defendant acknowledged those rights and elected to answer questions without counsel present. The defendant stated his true name is Antonio DIAZ-Delgado that he is a citizen of Mexico by birth in Morelos, Mexico and that he has not applied to obtain documents nor is he in possession of documents entitling him to enter or reside in the United States lawfully. He also admitted he did not apply for a waiver of removal or deportation to re-enter the United States.

_____
SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27th** DAY OF **August 2008**.

_____
UNITED STATES MAGISTRATE JUDGE